■ FRANK DENI, Individually and as Custodian for KRIS M. DENI and Others, et al., Appellants, v AIR NIAGARA, INC., Defendant, and JOHN PROZERALIK et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed without costs. Same Memorandum as in *Deni v Air Niagara* ([appeal No. 1] 190 AD2d 1011 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Amended Complaint.) Present —Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ. (Filed Jan. 21, 1993.)

■ In the Matter of THOMAS AUBIN, Appellant, v BOARD OF COOPERATIVE EDUCATIONAL SERVICES (BOCES) et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—Article 78.) Present—Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.

■ In the Matter of JAMIE LYNN F., an Infant.—Order unanimously affirmed without costs. Memorandum: The Surrogate's determination that respondent "did evince an intent to forego her parental rights" is supported by clear and convincing evidence (Domestic Relations Law § 111 [2] [a]). Thus, we affirm the order dispensing with her consent to the adoption. (Appeal from Order of Oneida County Surrogate's Court, Ringrose, S.—Adoption.) Present—Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.

■ In the Matter of the Estate of JESSIE B. HUNT, Deceased. —Decree unanimously affirmed without costs for reasons stated in decision at Steuben County Surrogate's Court, Scudder, S. (Appeal from Decree of Steuben County Surrogate's Court, Scudder, S.—Will Construction.) Present—Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. HUNT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Callahan, J. P., Boomer, Green, Boehm and Davis, JJ.